# In the United States District Court
# for the Northern District of California
# District Judge Edward M. Chen

## CIVIL MINUTES

**Date:** October 24, 2013

**Case No. and Name:** C13-1978 EMC Cunningham v. UCSF

**Deputy Clerk:** Betty Lee

## Order

IT IS SO ORDERED that the motion to dismiss, Docket # 18, will be postponed until after plaintiff files an amended complaint.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LORENZO CUNNINGHAM,

          Plaintiff,

  v.

UCSF SPINE CENTER et al,

          Defendant.
_____/

Case Number: CV13-01978 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorenzo R. Cunningham D-98935
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

Dated: October 24, 2013

Richard W. Wieking, Clerk
By: Betty P. Lee, Deputy Clerk