Gregory G. Jackson, Esq. (SBN 262364)
greg.jackson@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone:   (310) 768-3068
Facsimile:   (310) 719-1019

Attorneys for Defendant,
NUVASIVE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| LORENZO R. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UCSF SPINE CENTER., NUVASIVE, INC., OSTEOTECH, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-CV-01978-EMC<br><br>**NOTICE OF CHANGE OF FIRM**<br><br>Judge:　　　Hon. Edward M. Chen<br>Courtroom:　5 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that counsel of record for Defendant NuVasive, Inc., Gregory G. Jackson, Esq. is no longer with the firm Morris, Polich, & Purdy, LLP. The following new information is provided:

New Firm:

　　　　　　　　　　　　Bowman and Brooke LLP
　　　　　　　　　　　　970 West 190th Street, Suite 700
　　　　　　　　　　　　Torrance, CA 90502
　　　　　　　　　　　　Telephone:   (310) 768-3068
　　　　　　　　　　　　Facsimile:   (310) 719-1019

Dated:  November 15, 2013　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**BOWMAN & BROOKE, LLP**

　　　　　　　　　　　　　　　　　　　　　　　　By: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory G. Jackson
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for NuVasive, Inc.

6914363v1

1

NOTICE OF CHANGE OF FIRM

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on **November 15, 2013**, a true and correct copy of the foregoing *NOTICE OF CHANGE OF FIRM* was filed with the Clerk using the CM/ECF system and served via U.S. mail to plaintiff Pro Se Prisoner, which will provide notice to Plaintiff Pro Se Prisoner:

Lorenzo R. Cunningham
D-98935
California Health Care Facility (Unit C6A/#A-115)
P. O. Box 32050
Stockton, CA 95213
TEL:      N/A
EMAIL:   N/A
Plaintiff Pro Se Prisoner

_____
Debra Sam Madokoro