**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO R. CUNNINGHAM,                          No. C-13-1978 EMC (pr)

       Plaintiff,

     v.                                                    **ORDER OF DISMISSAL**

UCSF SPINE CENTER; *et al.*,

       Defendants.

_____/

    Plaintiff's request for a voluntary dismissal without prejudice is **GRANTED**.  (Docket # 27.)
This action is dismissed without prejudice.  In light of the dismissal of this action, all pending
motions are dismissed as moot.  The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: November 20, 2013

                                            _____
                                          EDWARD M. CHEN
                                          United States District Judge