UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM, | No. C-13-1978 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| UCSF SPINE CENTER; *et al.*, | |
| Defendants. | |

Plaintiff's request for a voluntary dismissal without prejudice is **GRANTED**. (Docket # 27.) This action is dismissed without prejudice. In light of the dismissal of this action, all pending motions are dismissed as moot. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 20, 2013

_____
EDWARD M. CHEN
United States District Judge